

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**



RECEIVED

JAN 11 2008 *aew*
Jan 11, 2008
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

OSCAR, GABRiel
RODRiGUEZ

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV264
JUDGE MAROVICH
MAGISTRATE JUDGE BROWN

                    vs.

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

COOK County JAil
SARGENt, Nathan BoweN
E·R·T Officer TORO
E·R·T Officer THOMAS

_____

JURY TRiAl
REQuesTed

_____

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.        Plaintiff(s):**

Revised:  7/20/05

A.  Name: OSCAR GABRiel RodRiguEz

B.  List all aliases: N/A

C.  Prisoner identification number: 20060056443

D.  Place of present confinement: COOK COUNTY JAil

E.  Address: 2600 S, CALiFORNiA

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: NAthan Bowen

Title: SARGENT

Place of Employment: COOK COUNTY JAil

B.  Defendant: THOMAS

Title: E·R·T OFFiceR

Place of Employment: COOK COUNTY Jail

C.  Defendant: TORO

Title: E·R·T OFFiceR

Place of Employment: COOK COUNTY Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                          Revised: 7/20/05

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)  NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I wrote two grievance, concerning this incident. Case file was opened on one, then the second was handled as a request.

2.    What was the result?

Procrastination on behalf of the I.A.D. I demanded Charges to be filed on assailants. It has been over 30 days and I have not heard from IAD yet.

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I wrote an appeal and it was returned to me by CRW Jewel. "per administration"

D.    If your answer is **NO**, explain why not:

N/A

3

E.    Is the grievance procedure now completed?   YES ⊠   NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO ( )   N/A

G.    If your answer is **YES**:

1.    What steps did you take?

I wrote two separate grievances One was filed and case opened. The second was treated as a "Request."

2.    What was the result?

"I am still waiting to hear from I.A.D "Detainee Grievance Procedure" Rules And Regulations pAmphlet state "IF The grievance is not Resolved in A timely FAshion (not to exceed 30 days From the date The grievance was filed) The CRW will notify The divisional Superintendent For status Review

H.    If your answer is NO, explain why not:

N/A

I Have not recieved a status review yet. I verbally asked CRW Jewel about the status repeatedly. CRW Jewels' response is and Was "I dont Know".

I Also wrote superintendent turNeR MultiPle times His Response " ? "

**IV.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.  Name of case and docket number: _____ N/A _____

B.  Approximate date of filing lawsuit: _____ N/A _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____ N/A _____

D.  List all defendants: _____ N/A _____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.  Name of judge to whom case was assigned: _____ N/A _____

G.  Basic claim made: _____ N/A _____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I.  Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

V.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① On the above date 7·27·07 and Approx times 7:30pm 8:00pm. I was in 2-E segregation wing of Division 9. Detainee MARCUS Williams was on the Bottom portion of 2 E. MARCUS Asked to speak to A White Shirt, His Visit Has Been Refused. ON OR About the said time I Observed And Witnessed SARGENT NATHAN Bowen, Along with Several E·R·t Officers Enter the Segregation Wing. As SARGENT NATHAN Bowen was Approaching towards MARCUS, Instead of a Conversation SARGENT NATHAN Bowen Engaged MARCUS with a 3 punch COMBO. Then As in A Premeditated Scourge. I Witnessed two Unknown to me ERT Officers in unison With SGt. Bowen Beating MARCUS Williams into Submission.

② During All this was taking place I was in the Door "Chuck hole" of My cell 2204 on the second Floor of the Deck. I Along with everyone one on the Deck Began protesting the treatment of MARCUS Williams.

6

Revised: 7/20/05

SARGENT Bowen then signaled two unknown officers to follow him up the stairs towards my cell. I must admit during my protest I was beating on the cell door. I was yelling vulgar statements, Like Fuck the Police And Big Brother. I was Also calling them Pussies and cowards. Keep in mind I'm in segregation confined in the cell with my then cellmate. I was in no way a threat to Security. As I said earlier SGT Bowen Along with two ERT officers

continued Walking towards my cell. SGT Bowen with the Keys in his hand opens my cell. As I hear the door unlock I take two steps Backwards. SGT Bowen opens the cell door. In the Background are two unknown ERT officers. To my surprise SGT Bowen Begins with the Keys Still in his hand. Assaults Me, This initial Blow disorientated me And produced A punture wound. I start staggering Backwards, the SARGE continued to tromnce on me, along with his company. After Being cornered And Beaten. I was then lugged out of the cell And down the stairwell.

**VI.    Relief:**

7

Revised: 7/20/05

③

AS I was Being Jerked OFF the Deck By the unknown ERT Officers And SGT Bowen. I Found Myself in the "Court Area" Near the Elevators. I was then Surrounded And Stood on my Feet. Encircled Roughly By 10-15 ERT Officers. I was then Struck in the Back of my head By ERT Officer TORO. Officer TORO Before attacking me said some statements. The Force of the Blow given By Officer TORO sent Me unto the Floor. I was instantly Kicked, Stomped, Repeatedly For possibly 10 to 15 seconds. Officer TORO Kicked me in my left side liver Ribs. And My Spine. Being Kicked From every direction, I then Felt my skull Being or Ricochet off the concrect. I Recall Seeing my Blood all over the Floor. The last Stumping of My head, well the strong Impact made me look towards the assailants which happened to Be ERT. Officer Thomas who was also yelling And showing hostlity towards me. While on the Floor My Pants And shoes were snatched off of Me. I was then Handcuffed And, Placed in a Holding cell on the main Floor.

_____

_____

_____

**VI.    Relief:**

Revised:  7/20/05

I WAS then taken to CERMAK Hospital FOR A Medical Attention. the PARAMedic who Made the assessment of my iNJuRies. Came to the conclusion that I was to Be tRANSFered ANd boxed AT iN JOHN H, STROGER Hospital. I SUStAined HeAd tRaunia, Swelling OF My LeFT EyE, ANd Also oF the HeAd. Puncture on My left cheek under weth my EyE. lAceRAtionon the Rightside oF the HeAd. IN which I wAs Given A total oF 3 stitches, And I stAPle FRom the Stomping.

THe Hospital also gave me A CAt ScAN OF My Head, And Also A scAN OF my LoweR BACK.

OVERAll, The RELIEF I AM Seeking, is Justice! My Request is FOR YouR HONOR TO Award this OutCAST ImpARTiality. I Also ASK that CRIMINAl CHARges Be BROUGHT FORTH on said Assai lants. THE COOK COUNTY SHERIFF Have long Been ABusing thieR AuthoRity, ReckLessly AssaulTiNG. SCOREs oF people FoR decades without RePeR cussion. All this said AND Done, UNDER the PRetexT OF MAiNtaiNing And Keeping "ORDER".

I ASK that A NEW PAGE Be tuRNed, aND All Be held accouNtaBle FoR thieR COW duct, AND HANdiwoRK. OR has lAW ENFoRcemeNT BeeN given aN elapse to BReak the lAw! The VERy SAme lAw thieR SuPPosed to uphold OR Dictate. I simply PRotested a wRoNGFul AND BARBARic Act. IN RetuRN I WAS BAtteRed AND BRuised FoR EXCeRCising My FReedom oF Speech. IF CRimiNAl CHARges Refused, I ASK that A MonetaRy Restitution OF $500.000.⁰⁰ Be gRANTed OR, As YouR HoNOR sees Fit.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of _NOVEMBER_ 20 _04_

_Oscar Gabriel Rodriguez_
(Signature of plaintiff or plaintiffs)

OSCAR GABRIEL RODRIGUEZ
(Print name)

2006 0056443 / B-64756
(I.D. Number)

PO BOX 089002
CHICAGO IL, 60608
COOK COUNTY JAIL
(Address)

• 11



APPEAL

Part – B / Control # 2007X1609

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: RODRIQUEZ First Name: OSCAR ID# 2106 005 6443

Is This Grievance An **Emergency**? YES ☐ NO ☒

C.R.W.'S Summary Of The Complaint: PHYSICAL ASSAULT By C/O's

C.R.W. Referred Griev. To: I.A.D. Date Referred: 8/N/07

Response Statement: Case file #0700318 was opened. Investigator will contact detainee.

D/c Miriam Rentas (print- name of individual responding to this griev.)  —  D/C— C/ft (signature of individual responding to this griev.) Date: 8/N/07 Div./Dept. IAD

Lyles (print- name of Supt. / Designee / Dept. Admin.) — (signature of Supt. / Designee / Dept. Admin.) Date: 8/21/07 Div./Dept. 9

J. Muell (print- name of Prog. Serv. Admin./ Asst. Admin.) — (signature of Prog. Serv. Admin./ Asst. Admin.) Date: 8/N/07

Date Detainee Received Response: 8/21/07 Detainee Signature: Oscar Rodriguez

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 8 24 07

Detainee's Basis For An Appeal: Unsatisfied Response By Investigators

Appeal Board's Acceptance Of Detainee's Request: YES ☐ NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Case file 0700318 is currently pending. Detainee should direct all future inquiries/requests regarding this matter to Invesigator Watson.

Appeal Board's Signatures / Dates:
R. Carroll    Muelle    09/21/07

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___ Detainee Signature:_____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

DETAINEE COPY

9/25/07 Received Oscar Rodriguez

CASE FILE  0700318

Part – B / Control #: 2007X1609

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: RODRIGUEZ  First Name: OSCAR  ID#: 2006 005 6443

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: PHYSICAL ASSAULT By C/O's

C.R.W. Referred Griev. To: I.A.D.    Date Referred: 8/15/07

Response Statement: Case file 0700318 was opened. Investigation _____

_____

_____

_____

Lt. Millian Rosalez — Lt ____  Date: 8/11/07 Div./Dept. IAD
(print- name of individual responding to this griev.)  (signature of individual responding to this griev.)

Miller  Date: 8/21/0 Div./Dept. 9
(print - name of Supt. / Designee / Dept. Admin.)  (signature of Supt. / Designee / Dept. Admin.)

J. Miller —  Date: 8/11/07
(print - name of Prog. Serv. Admin./ Asst. Admin.)  (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: ___/___/___  Detainee Signature: Oscar Rodriquez

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

_____

_____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

_____

Appeal Board's Signatures / Dates:

_____  _____  _____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___  Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

M-06 CR 211 9801

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: _Rodriquez_  First Name: _Oscar_

ID#: _2006-0056443_  Div: _9_  Tier/Living Unit: _1E_

Date of Request: _8, 15, 07_  Date C.R.W. Received Request: _8, 24, 07_

This Request has been processed by: _Jewel_, C.R.W.

*Summary of Request:*

_Detainee Request to press charges against C.C.D.O.C. staff._

_Response from 2nd Grievance_

(*Response and/or Action Taken:*)

_Per ADMINISTRATION) I.A.D Oppened A CASE FILE reGardING INcident of 7.27.07. THIS INcLuDeS detAINecs request to File chArGes AGAINST E.R.T AND C.C.D.O.C. c/os, CASE FILE 07 00318_

_Robert Jewel_ – _R Jul 9_    Date: _8, 24, 07_  Div./Dept. _9_
(Print- name of individual responding)  (Signature of individual responding)

THIS is NOT
A Request!
2ND Grievance Given to social worker D. Sewel

Part-A / Control #: _____ X

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: RODRIGUEZ          First Name: OSCAR

ID #: 2006-0656443   Div.: 9   Living Unit: 1-E   Date: 08/08/07

BRIEF SUMMARY OF THE COMPLAINT: On July 27 2007 while in Div 9 2E Segregation. After the incident of SGT Nathan Browns And two Unknown ERT Officers. Through the use of Unnecessary And Excessive physical Force in 2E cell 2204. Case File #0700319 I was then lugged out of the cell, down the stairwell in A Disorientated State. But Before clearing the stairwell I was kicked in the Foot by ERT Officer Fields. Marcus Williams, 20050100700 CAN bear witness to the Above said. I was then Tucked out into the "Court Area" Near the Elevators. I was surrounded by the minimum OF 15 ERT Officers. being Stood on my Feet I was then Punched by ERT Officer Toro. which in cause of the blow sent me to the floor. At that moment ERT Officer Toro Begen to kick me Near my liver And spine. Then, that is when I witnessed ERT Officer Thomas Kicking me on my head On which I Received swelling, head trauma & staples 3 Stitches

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: 20050100700 MARCUS Williams 0100 AND Those questioned During Investigation

ACTION THAT YOU ARE REQUESTING: I want charges Filed on ERT Officer Toro, And ERT Officer Thomas, For Excessive Force, Punitive Damages $1,000,000. For Physical and Mental suffering.

DETAINEE SIGNATURE Oscar G. Rodriguez

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___/___/___

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY   C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Investigator Watson          10-3-07

My name is Oscar Rodriguez. I wrote
a grievance on 8,12,07 Case file# 0700318.
For a physical assault By Sargeant Nathan
Bowlen, ERT officer Toro, ERT officer Thomas
My reason for writting you is beconse
I am seeking answers.

① What is the status of the investigation,
Why are, or is the Cook County Sheriff Dept,
Delaying on filing Criminal Charges on
said Assailants.

② Why am I still in A-B-O segregation
Status? What am I being Unjustly
punished for?


I demand a swift and thorough
Investigation and response. If the roles
were reversed and I would have
assaulted a sheriff. I would have been
Charged, booked, and hunged imediatly
after the incident. I am simply in
the pursuit of fairness.

I am asking you, Investigator Watson.
What is right is right, and what is wrong
is wrong!

① Charges be brought on said Assailants
SGT Nathan Bowen, ERt officer Thomas,
ERt officer TORO.

② That I be released from A-B-O
Segregation Status, and be released
into regular population. A.S.A.P

Thank you

Oscar G, Rodriquez.

10-3-07

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **RODRIGUEZ**     First Name: **OSCAR**

ID #: **2006 - 0056443** Div.: **9** Living Unit: **1-E** Date: **8/22/07**

BRIEF SUMMARY OF THE COMPLAINT: This is AN APPeal For a grievance I Filed on 8/12/07. Regarding A Physical Assault, by SGT NATHAN Bowen, SAND ERT OFFiceRS ToRo, Thomas, Davis, And Fields. Which occured on The date of 7/27/07. Case File #0700318

My basis For AN APPeal ARe these Reasons: I am Agitated with INTeRNal AffaiRs, And, the Cook County MeRit BoaRD For being hezitant. I Demand That CRiminal Charges be Brught on all officers Involved And mentioned By myself And witnesses on my Behalf Who were questioned during the Investigation. I also call upon the MeRit BoaRD, oR INTeRNal AffaiRs To Activate the Removal of said Assailants Involved. Keep in Mind my Constitutional Rights have Been Violated. By those who ARe SwoRN to uphold the LAW. I WANT JUSTICE! I insist to A PROMPT Resolution to this CALAMITY.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
2005 01/00700
MARCUS Williams Any witness questioned DuRing the Investigation

ACTION THAT YOU ARE REQUESTING:
I be awarded $10,000,000 dollars for cruel and unusual punishment

**DETAINEE SIGNATURE** Oscar Y Rodriguez

C.R.W.'S SIGNATURE: _____     DATE C.R.W. RECEIVED: 8/24/07

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

Appeal returned to me 3 hours after being given to social worker. social worker said appeal isn't necessary because case file is open. I still am not satisfied with slow response.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: RodRiGuez    First Name: OscAR

ID #: 2006 - 0056443 Div.: 9 Living Unit: 1-E Date: 8/22/07

BRIEF SUMMARY OF THE COMPLAINT: This is AN APPeal For a grievance I Filed
On 8/13/07. Regarding A Physical Assault by SGT. NAthan Bowen, SAND
ERT Officers ToRo, Thomas, Davis, And Fields. Which occured on
The date of 7/27/07. CASE File # 0700318
My basis For AN APPeal ARe these ReasonS. I AM AGitated with INTERNAL AFFAIRS,
And, the cook county MeRit BoaRd FoR being hezitant. I DeMAND That
CRiminAl ChaRges be Bkought ON All Officers. Involved And mentioned By
My self And witnesses on my Behalf. Who were questioned during the INVestigation.
I also call upon the MeRit BoaRd, oR INterNAl AFFAiRs to Activate the
Removal of said ASSAilANTS Involved. Keep in Mind my CoNstitutionAl
Rights have Been Violated. By those who ARe SWoRN to upholD the LAW.
I WANT Justice! I insist to A PROMPT Resolution
to this calamity.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
2005C/00700
MARCuS WilliAms ANy Witness questioned During the Investigation

ACTION THAT YOU ARE REQUESTING:
I be awarded $16,000,000. dollars for cRuel and unusual punishment

DETAINEE SIGNATURE: Oscar J Rodriguez

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: ___/___/___

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY - PROG. SERV.)    (YELLOW COPY - C.R.W.)    (PINK COPY - DETAINEE)    (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

I with drew this pink copy because I didnt receive
a copy from the original grievance, + A.D. opened
Investigation from



**Cermak Health Services of Cook County**
2800 South California Avenue Chicago, Illinois 60608
Telephone 773-869-7000 Fax 773-869-7177

## RELEASE OF INFORMATION AUTHORIZATION FORM

This authorization permits Cermak Health Services of Cook County to copy, scan, or fax information to be disclosed. A photocopy, scan, or fax of this consent shall be as valid as the original.

### PATIENT DEMOGRAPHICS

NAME: OSCAR RODRIGUEZ          SS#: 361 72 2156

DATE OF BIRTH: 10  24  74          CCDOC ID #: 2006 0056443

ADDRESS: N/A
_____Street_____City, State_____Zip Code_____

HOME PHONE ( ) N/A          WORK ( ) N/A

| Type of Information to be disclosed: (Please check all sections needed) | | Purpose/Reason for disclosure | |
|---|---|---|---|
| ☒ Medical | | ☐ Personal Use | ☐ Military |
| ☐ Psychiatric/Psychological/Mental Health | | ☐ Medical Reasons | ☐ Research |
| ☐ HIV/Aids testing/treatment | | ☒ Litigation/Legal | |
| ☐ STD testing/treatment | | ☐ Disability | |
| ☒ Any and all records | | ☐ Other: | |

**This authorization is valid until** _____. I understand that I may revoke this authorization at any time and that I have the right to inspect and copy the information to be disclosed by providing such request in writing. It has been explained to me that if I refuse to authorize this release of information, the following are the consequences (specify, if any) _____

#2006 0056443

SEND INFORMATION TO: OSCAR          RODRIGUEZ
_____First Name_____Last Name

PO Box 089002          CHICAGO IL  60608
Address          City, State    Zip Code

SIGNATURE:

_____          _____
Signature of Witness          Signature of Patient/Responsible Party
1-15-07
Date          Date
_____          10-15-8 - 07

If signature is not of patient, indicate legal relationship to patient and legal basis on which authorization is given.

### NOTICE TO RECEIVING AGENCY/PERSON:

Under the provisions of the Illinois Mental Health and Developmental Disabilities Confidentiality Act, you may not redisclose any of the information unless the person who authorized to this disclosure specifically authorizes to such redisclosure.

Under the Federal Act of July 1, 1975, Confidentiality of Alcohol, and Drug Abuse Patient Records, no such records, nor information from such records may be further disclosed without specific authorization for such redisclosure.

HIPAA prohibits redisclosure of Protected Health Information except for continuity of care.

HIMD USE ONLY
Medical Record Number: _____    Date Sent/Initials: _____
Form: 85207 Rev. 2006

Oscar Rodriguez                                    November 19, 2007
P.O. Box 089002
Chicago, IL 60608


RE:                        Rodriguez, Oscar G.

Please provide the $10.00 search fee required to process
your request.
Please make check or moneyorder payable to:
Cermak Health Services of Cook County


In response to your request for medical information on the
above referenced individual, the status of your request is
listed above.

If we can be of further assistance to you, please call
(773)869-3915 or fax at (773)869-3881, between the hours of
8:00 a.m. to 4:00 p.m. Monday thru Friday, excluding
hoildays.


Sincerely,


Cermak Health Services of Cook County
Health Information Department