PRISONER CASE

**KC  F I L E D**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**Civil Cover Sheet**

JAN 1 1 2008
JAN 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** OSCAR GABRIEL RODRIGUEZ | **Defendant(s):** NATHAN BOWEN, etc., et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |

Oscar Gabriel Rodriguez
#2006-0056443
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

08CV264
JUDGE MAROVICH
MAGISTRATE JUDGE BROWN

**Basis
of Jurisdiction:** ☐ 1. U.S. Government Plaintiff      ☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant      ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**  ☑ 1. Original Proceeding              ☐ 5. Transferred From Other District

☐ 2. Removed From State Court          ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court    ☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes      ☐ No

**Signature:** *A. E. Woodham*      **Date:** 1/11/2008