FILED 12·30·07

To whom it may concern

JAN 11 2008
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

It has taken me 6 months to accumulate all these documents. In 17 months of my being incarcerated, I haven't recieved any funds from any outside sources. For that reason I haven't been able to secure my medical records. I was also able to produce a list of lawyers who deal with Civil suits. I wrote those lawyers who's address I was able to come across. However, not many of the lawyers wrote back! There were also some lawyers who's office numbers I was able to obtain. Except, they wouldn't accept collect calls from the county jail.

I am asking you too please accept my Complaint,

I am seeking "Justice".

Thank you!

Oscar Gabriel Rodriguez

08CV264
JUDGE MAROVICH
MAGISTRATE JUDGE BROWN

# Elliot Richardson & Associates, LLC

20 South Clark Street, Suite 500, Chicago, Illinois 60603
Telephone 312-676-2100 • Facsimile 312-372-7076

**VIA CERTIFIED AND FIRST CLASS MAIL**

December 7, 2007

Of Counsel:
Alex Sukhman

Mr. Oscar Rodriguez
2006-0056443
Cook County Sheriff's Dept. of Corrections
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Rodriguez:

Thank you for consulting with our office regarding your potential Civil Rights suit. This is to advise you that our office will decline to represent you. We will take no action on behalf of you.

Let us take this opportunity to inform you about the time limitations relating to personal injury claims such as these. The statute of limitations sets forth strict time limits within which a lawsuit must be filed in order to protect your rights. Generally, the statute of limitations will forever bar common law claims for personal injury (like medical malpractice injuries) which are filed more than two years after the date of the occurrence which caused the injury. Also note that certain state and/or municipal entities (such as the CTA, City of Chicago and State of Illinois) enjoy immunities from suit and/or notice requirements which require you to take action within as few as six months after the occurrence. However, certain exceptions to these time limits also apply. Often, the time limit does not begin to run until a person actually discovers the injury, and, minors often have longer time limits.

Therefore, we urge you to seek the advice of another attorney immediately if you wish to further pursue any claims you may have. Please understand that, by declining to represent you, we do not mean to pass

Very truly yours,
ELLIOT RICHARDSON & ASSOCIATES, LLC

Sean M. Baker

ELLIOT RICHARDSON & ASSOCIATES, LLC
Two First National Plaza
20 South Clark St., Suite 500
Chicago, Illinois 60603
312-676-2100
Atty. No. 43402

*A program of the Bluhm Legal Clinic*

# The MacArthur Justice Center



**LEGAL DIRECTOR AND
CLINICAL ASSOCIATE PROFESSOR**
Locke E. Bowman
312.503.0844
l-bowman@law.northwestern.edu

**CLINICAL ASSOCIATE PROFESSOR**
Joseph Margulies
312.503.0890
j-margulies@law.northwestern.edu

**BOARD OF DIRECTORS**
Solange MacArthur
John R. MacArthur
James Liggett

**GENERAL COUNSEL**
David J. Bradford
One IBM Plaza
Suite 4400
Chicago, IL 60611
312.222.9350
djbradford@jenner.com

November 29, 2007

**PRIVILEGED & CONFIDENTIAL LEGAL MAIL**

Oscar G. Rodriguez, 2006-005-6443
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Rodriguez:

Thank you for your letter requesting assistance from The MacArthur Justice Center.

The MacArthur Justice Center is a public interest law firm that is devoted to litigating cases that may impact the operation of the criminal justice system. Because we have a small staff, we are not always able to provide assistance in individual cases and situations.

This is not to say that your case does not have merit. But because we have limited resources and select our cases with many factors in mind, it is not an issue that we can pursue at this time.

Thank you for writing. We wish you the best of luck.

Sincerely,

Brigid Spirgiel
Legal Assistant

Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.1271; fax 312.503.1272
www.law.northwestern.edu

Michael E. Fulton
818 Circle Avenue
Forest Park Il 60130
(708) 366 3867

Loevy & Loevy
312 N May St Suite 100
CHGO Il 60607
312-243-5900

Phillip L. Coffey
The Monadock Bldg
53 W Jackson Blvd Suite 425
CHGO Il 60604
1 312 850 2600

CAN ONLY Contact By Phone #

David H Greenstein
205 W Randolph ST Suite 1410
CHGO Il 60606
312 346 9733

J. Bacino (312) 203-8214
Prisoners Rights (217) 333-0930
Chicago Lawyer Comm. (312) 630-9744
ATTY A Feef. (847) 812-4302

Sean Baker
Elliot Richardson & Asso.
20 S Clark ST Suite 500
CHGO Il 60603
312 372-7075

Delgado, Adams, & Tiernan, P.C.
53 W Jackson Suite 1650
Chicago Il 60604
(Work) 312 786 9680
(Cell) 312 519 4874, (Fax) 312 362 1009

Edwin F Mandel Legal Aid Clinic
6020 S University Ave
CHGO Il 60637
773-702-9611