

**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

JAN 11 2008
Jan 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CDY**

OSCAR, GABRiel
RODRIGUEZ

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

COOK County JAil
SARGENT, Nathan Bowen
E·R·T Officer TORO
E·R·T Officer THOMAS

---

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

08CV264
JUDGE MAROVICH
MAGISTRATE JUDGE BROWN

Case No:_____
(To be supplied by the Clerk of this Court)

JURY TRIAl
REQuesteD

**CHECK ONE ONLY:**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.      Plaintiff(s):**

A.  Name: OSCAR GABRiel RodRiguEZ

B.  List all aliases: N/A

C.  Prisoner identification number: 20060056443

D.  Place of present confinement: Cook County Jail

E.  Address: 2600 S, CALiFORNiA

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: NAthan Bowen

Title: SARGENT

Place of Employment: COOK COUNTY JAil

B.  Defendant: THOMAS

Title: E·R·T OFFiceR

Place of Employment: Cook County Jail

C.  Defendant: TORO

Title: E·R·T OFFiceR

Place of Employment: COOK County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)  NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I wrote two grievance, concerning this incident. Case file was opened on one, then the second was handled as a request.

2.    What was the result?

Procrastination on behalf of the I.A.D. I demanded charges to be filed on assailants. It has been over 30 days and I have not heard from I AD yet.

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I wrote an appeal and it was returned to me by CRW Jewel. "per administration"

D.    If your answer is **NO**, explain why not:

N/A

3

E.    Is the grievance procedure now completed?   YES (X)   NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )   N/A

G.    If your answer is **YES**:

1.    What steps did you take?

_I wrote two separate grievances One was filed and case opened. The second was treated as a "Request."_

2.    What was the result?

"_I am still waiting to hear from I.A.D_ "Detainee Grievance Procedure" Rules And Regulations Pamphlet State "IF The grievance is not Resolved in A Timely Fashion (not to exceed 30 days From the date The grievance was Filed) The CRW will NotiFy The divisional Superintendent For Status Review"

H.    If your answer is NO, explain why not:

N/A

I Have not recieved a status review yet. I Verbally asked CRW Jewel about the status repeatedly. CRW Jewels' response is and was "I dont Know".

I Also wrote superintendent Turner Multiple times His Response " ? "

**IV.**  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.    Name of case and docket number: _____ N/A _____

B.    Approximate date of filing lawsuit: _____ N/A _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____ N/A _____
_____

D.    List all defendants: _____ N/A _____
_____
_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.    Name of judge to whom case was assigned: _____ N/A _____

G.    Basic claim made: _____ N/A _____
_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____
_____

I.    Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised:  7/20/05

## V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On the above date 7·27·07 and Approx times 7:30 pm 8:00 pm. I was in 2-E segregation wing of Division 9. Detainee MARCUS Williams was on the Bottom portion of 2 E. MARCUS Asked to speak to A white shirt, His Visit Has Been Refused. On or About the said time I observed and witnessed Sargent NAthan Bowen, Along with several E.R.t officers Enter the Segregation wing. As Sargent NATHAN Bowen was Approaching towards MARCUS, Instead of a conversation SARgent NATHAN Bowen Engaged MARCUS with a 3 punch COMBO. Then As in A Premeditated Scourge. I Witnessed two Unknown to me ERt officers in unison with Sgt. Bowen Beating MARCUS Williams into Submission.

(2)    During All this was taking place I was in the Door "CHuck hole" of My cell 2204 on the second Floor of the Deck. I Along with everyone one on the Deck Began protesting the treatment of MARCUS Williams.

6

SARGENT Bowen then signaled two unknown officers ~~here~~ to follow him up the stairs towards my cell. I must admit during my protest I was beating on the cell door. I was yelling vulgar statements, like Fuck the Police and Big Brother. I was also calling them pussies and cowards. Keep in mind I'm in segregation confined in the cell with my then cellmate. I was in no way a threat to security.

As I said earlier SGT Bowen along with two ERT officers

Continued: Walking towards my cell. SGT Bowen with the keys in his hand opens my cell. As I hear the door unlock I take two steps backwards. SGT Bowen opens the cell door. In the background are two unknown ERT officers. To my surprise SGT Bowen begins with the keys still in his hand. Assaults me, this initial blow disorientated me and produced a puncture wound. I start staggering backwards, the Sarge continued to trounce on me, along with his company. After being cornered and beaten. I was then lugged out of the cell and down the stairwell.

VI.   **Relief:**

7

Revised: 7/20/05



AS I was Being Jerked OFF the Deck By the Unknown ERT Officers And SGT Bowen. I Found Myself in the "Court Area" Near the Elevators. I was then Surrounded and stood on my feet. Encircled. Roughly By 10-15 ERT officers. I was then struck in the Back of My head By ERT Officer TORO. Officer TORO Before attacking me said some statements. The Force of the Blow given By Officer TORO sent Me unto the Floor. I was instantly Kicked, stomped, Repeatedly For possibly 10 to 15 seconds. Officer TORO Kicked me in my left side liver RiBs. And My Spine. Being Kicked From every direction, I then Felt My Skull Being OR Ricochet off the Concrect. I Recall Seeing my Blood all over the Floor. The last stomping of My head, well the strong Impact made me look towards the assailant. Which happened to Be ERT. Officer Thomas. Who was also yelling And showing hostility towards Me. While on the Floor My Pants And Shoes were Snatched off of Me. I was then Handcuffed And, Placed in a Holding cell on the main Floor.

VI.    Relief:

8

Revised: 7/20/05

I WAS then taken to CERMAK Hospital For A Medical Attention. the PARAMedic who Made the assessment of my iNJURies. Came to the conclusion that I was to Be tRANsFered ANd boxed At iN JOHN H, STROGER Hospital. I SUStAined Head tRaunia, Swelling OF My LeFt EyE, ANd Also oF the Head. Puncture on My left cheek under weth my EyE. lAcerAtionon the Rightside oF the Head. IN which I wAs Given A total OF 3 stitches, ANd 1 stAple FRom the Stomping.

THe Hospital also gave me A cAt scAN OF My Head, ANd Also A scAN OF My LoweR BACK.

OVERALL, The RELIEF I AM Seeking, is Justice!
My Request is FOR YouR HONOR TO Award this
OUTCAST ImpARTiality. I Also ASK that CRIMINAL
Charges Be Brought Forth on said Assailants.
THe Cook County Stheriff Have long Been
ABusing thier Authority, Recklessly AssaulTiNG.
Scores of people For decades without Repercussion.
All this said And Done, under the PRetext oF
MAintaining And Keeping "ORDER".
I ASK that A New PAGE Beturned, and All
Be held accountaBle For thier conduct, And
HAndiwork. OR has lAw ENForcement Been given
an elapse to BReak the lAw! The very SAme lAw
thier Supposed to uphold OR Dictate. I simply
PRotested a wrongFul AND BARBARIC Act.
IN Return I was BAttered And BRuised For
Excercising My FReedom of speech.
If CRiminAl CHARGes Refused, I ASK that
A MonaToRy Restitution OF $500.000.oo
Be granted OR, AS Your HONOR
        sees Fit.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

_____

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___4___ day of _NOVEMBER_ 20_04_

_Oscar Gabriel Rodriguez_
(Signature of plaintiff or plaintiffs)

_OSCAR GABRIEL RODRIGUEZ_
(Print name)

_2006 005 6443 / B-647 56_
(I.D. Number)

_PO BOX 089002_
_CHICAGO IL, 60608_
_COOK COUNTY JAIL_
(Address)

• 11



APPEAL

Part - B / Control # 2007X1619

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: RODRIQUEZ   First Name: OSCAR   ID# 2106 005 6443

Is This Grievance An **Emergency**?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: PHYSICAL ASSAULT
By C/O's

C.R.W. Referred Griev. To: I.A.D.   Date Referred: 8/N/07

Response Statement: Case file #0700318 was opened. Investigator will contact detainee.

D/c Miriam Rentas ____ D/c _____ Date 8/N/07 Div./Dept. IAD
(print - name of individual responding to this griev.)   (signature of individual responding to this griev.)

Lyles ____ _____ Date 8/2/07 Div./Dept. 9
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

J. Muelle ____ _____ Date 8/N/07
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 8/2/07   Detainee Signature: Oscar Rodriguez

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 8/24/07

Detainee's Basis For An Appeal: Unsatisfied Response By Investigators

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Case file 0700318 is currently pending. Detainee should direct all future inquiries/requests regarding this matter to Invesigator Watson.

Appeal Board's Signatures / Dates:
R. Cassall   _____ Muelle   09/21/07

Date Detainee Rec'd the Appl. Bd.'s Response: ___/___/___   Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

**DETAINEE COPY**

9/25/07 Recieved Oscar Rodriguez

CASE FILE 0700318

Part – B / Control #: 2007X1609

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: RODRIQUEZ   First Name: OSCAR   ID# 2006 005 6443

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: PHYSICAL ASSAULT By C/O's

C.R.W. Referred Griev. To: I.A.D.    Date Referred: 8/15/07

Response Statement: Case file 0700318 was opened. Investigation ...

_____

(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)   Date: 8/11/07 Div./Dept. IAD

(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)   Date: 8/21/0 Div./Dept. 9

J. Mwille   (print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)   Date: 8/17/07

Date Detainee Received Response: ___/___/___   Detainee Signature: Oscar Rodriguez

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

_____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___   Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

M-06 CR 211 9801

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable. *

Detainee's Last Name: __RoDRIQUEZ__    First Name: __OSCAR__

ID#: __2006-0056643__ Div: __9__ Tier/LivingUnit: __1E__

Date of Request: __8 , 15 , 07__    Date C.R.W. Received Request: __8 , 24 , 07__

This Request has been processed by: __Jewel ,__ C.R.W.

*Summary of Request:*

Detainee Request to press charges
against c.c.d.o.c. staff.

Response from 2ND Grievance

*Response and/or Action Taken:*

Per ADMINISTRATION I.A.D Opened A
Case File regarding Incident of 7.27.07.
This includes detainees request to file
Charges against E.R.T AND C.C.D.OC c/os.
CASE File 07 00318

__Robert Jewel__ - __R Jwl 9__    Date: __8 , 24 , 07__ Div./Dept. __9__
(Print- name of individual responding)    (Signature of individual responding)

THIS IS NOT A RequesT!
2ᴺᴰ GRievance Given to social worker D. Sewel

Fixed 8/24/07

Part-A / Control #: _____ X

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: RODRIGUEZ          First Name: OSCAR

ID #: 2006-0656443  Div.: 9  Living Unit: 1-E  Date: 08 / 15 / 07

BRIEF SUMMARY OF THE COMPLAINT: On July 27 2007 while in Div 7 2E
Segregation. After the incident OF SGT NATHAN BROWNS And
two UNKNOWN ERT OFFICERS. Through the use of UNNecessary And
Excessive physical Force in 2E Cell 2204. CASE File #0700318
I was then lugged out of the cell, down the stairwell IN A DISORIENTATED
State. But Before Clearing the stairwell I was Kicked in the foot by ERT
OFFicer Fields. MARcus williams, 2005 0100700 CAN Bear witness to the Above
Said. I was then Tucked out into the 'Court Area' Near the Elevators.
I was surrounded By the minimum OF 15 ERT OFFicers. being Stood on my
Feet I was then Punched By ERT OFFicer TORO. Which in cause of the blow sent
me to the floor. At that moment ERT OFFICER TORO Began to Kick me near my liver And spine.
Then, that is when I witnessed ERT OFFicer thomas Kicking me on my head
On which I Recieved Swelling, head trauma & staples 3 Stitches

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
2005 0100700
MARcus williams 0100 AND Those questioned During Investigation

ACTION THAT YOU ARE REQUESTING: I want charges Filed on ERT OFFicer TORO, And ERT OFFicer thomas,
For Excessive Force, Punitive DAMAGES $1,000,000. For Physical
and mental suffering.

DETAINEE SIGNATURE Oscar G. Rodriguez

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: ___ / ___ / ___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY   C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Investigator Watson                    10-3-07

My name is Oscar Rodriguez. I wrote
a grievance on 8,12,07 Case file # 0700318.
For a physical assault By Sargeant Nathan
Bowen, ERt officer Toro, ERt officer thomas
My reason for writting you is because
I am seeking answers.

① What is the status of the investigation,
Why are, or is the Cook county Sheriff Dept,
Delaying on filing criminal charges on
said Assailants.

② Why am I Still in A-B-O segregation
Status? What Im I being Unjustly
punished for?


I demand a Swift and thorough
Investigation and response. If the roles
were reversed and I would have
assoulted a sheriff. I would have been
Charged, booked, and hunged imediatly
after the incident. I am simply in
the pursuit of fairness.

I am asking you, Investigator Watson.
What is right is right, and what is wrong
is wrong!
① Charges be brought on said Assailants
SGT Nathan Bowen, ERT Officer Thomas,
ERT Officer TORO.

② That I be released from A·B·O
Segregation status, and be released
into regular population. A.S.A.P

Thank you

Oscar G, Rodriguez.

10 - 3 - 07

THIS IS AN APPEAL! ORIGINAL

Part-A / Control #: _____X_____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **RODRIGUEZ**    First Name: **OSCAR**

ID #: **2006 - 0056443** Div.: **9** Living Unit: **1-E** Date: **8/22/07**

BRIEF SUMMARY OF THE COMPLAINT: This is AN APPeal For a grievance I Filed on 8/12/07. Regarding A Physical Assault, by SGT NATHAN Bowens AND ERT Officers ToRo, Thomas, Davis, And Fields. Which occured on The date OF 7/27/07. CASE File #0700318

My basis For AN Appeal ARe these ReasoNs. I am Agitated with INTERNAl AFFAiRS, And, the cook couNTY MERIT BoaRd For being hezitant. I DemaNd That Criminal Charges be BRought on all officers INvolved And mentioned By mysELF And witNesses on my BehalF. Who were questioned during the INvestigation. I Also call upon the MERIT Board, OR INTERNAl AFFAiRS To Activate the Removal OF Said ASSAilANTS INvolved. Keep IN MiNd my CoNstitutional Rights have BeeN Violated. By those who ARe Sworn to uphold the LAW. I WANT JusTice! I INsist To A PRomPT Resolution to This CalAmiTy.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
200501/05700
MARCus Williams ANY Witness questioned Dueing the Investigation

ACTION THAT YOU ARE REQUESTING:
I be awarded $10,000,000 dollars for cruel and unusual punishment

**DETAINEE SIGNATURE** Oscar J Rodriguez

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 8/24/07

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Appeal returned to me 3 hours after being given to social worker. social worker said appeal isn't necessary because case file is open. I still am not satisfied with slow responce.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: RodRiGUEZ          First Name: OSCAR

ID #: 2006 - 0056443 Div.: 9 Living Unit: 1-E Date: 8/22/07

BRIEF SUMMARY OF THE COMPLAINT: This is AN APPEAl FoR a gRievance I Filed ON 8/12/07. RegaRding A Physical AssaulT, by SGT NAThAN BUWEN SAND ERT OFFiceRS ToRo, Thomas, Davis, And Fields. Which occuRed on The date OF 7/27/07. CASE File #0700318

My basis FoR AN APPEAl ARE these REASONS. I AM AGiTATED with INTERNAL AFFAiRS. ANd, the cook cOUNTY MERiT BoARd FoR being hezitant. I DEMANd That CRiMiNAl ChARGES be BRouGhT ON AlL OFFicERS. INvolved ANd mENTioNEd By mySElF ANd witNEssES ON my BEhAlF. Who weRE QuESTiONEd duRiNG the INvEstigation. I also call upon the MERiT BoARd, oR INTERNAl AFFAiRS to AcTivATE the Removal of said ASSaiLANTS INvolved. Keep iN MiND my CONSTiTuTiONAl Rights have BEEN VioLATEd. By those who ARE SwoRN to upholD the LAW. I WANT JuSTice! I iNsiST TO A PRoMPT Resolution to this calamity.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: 2005C/00700 MARcus wilLiAMs ANy witNEss QuESTioNEd DuRiNG the INvEstigation

ACTION THAT YOU ARE REQUESTING: I be awoRded $16,000,000. dollaRs foR cRuel and unusual punishment

**DETAINEE SIGNATURE** Oscar Rodriguez

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

I with drew this pink copy because I didnt receive a copy from the original grevance, I A.D opened Investigation from:



**Cermak Health Services of Cook County**
2800 South California Avenue Chicago, Illinois 60608
Telephone 773-869-7000 Fax 773-869-7177

## RELEASE OF INFORMATION AUTHORIZATION FORM

This authorization permits Cermak Health Services of Cook County to copy, scan, or fax information to be disclosed. A photocopy, scan, or fax of this consent shall be as valid as the original.

### PATIENT DEMOGRAPHICS

NAME: _OSCAR RODRIGUEZ_    SS#: _361 72 2156_

DATE OF BIRTH: _10 24 74_    CCDOC ID #: _2006 0056443_

ADDRESS: _N/A_
             Street          City, State     Zip Code

HOME PHONE ( )  _N/A_    WORK ( )  _N/A_

| Type of Information to be disclosed: (Please check all sections needed) | Purpose/Reason for disclosure | | |
|---|---|---|---|
| ☒ Medical | ☐ Personal Use | | ☐ Military |
| ☐ Psychiatric/Psychological/Mental Health | ☐ Medical Reasons | | ☐ Research |
| ☐ HIV/Aids testing/treatment | ☒ Litigation/Legal | | |
| ☐ STD testing/treatment | ☐ Disability | | |
| ☒ Any and all records | ☐ Other: | | |

**This authorization is valid until** _____. I understand that I may revoke this authorization at any time and that I have the right to inspect and copy the information to be disclosed by providing such request in writing. It has been explained to me that if I refuse to authorize this release of information, the following are the consequences (specify, if any) _____

_#2006 0056443_

SEND INFORMATION TO: _OSCAR_ _RODRIGUEZ_
                                      First Name                    Last Name

_PO Box 089002_ _CHICAGO IL_ _60608_
Address              City, State    Zip Code

SIGNATURE:

_Linuse_                          _Oscar G Rodriguez_
Signature of Witness              Signature of Patient/Responsible Party

_1-15-07_
Date

_10-15-8-07_
Date

If signature is not of patient, indicate legal relationship to patient and legal basis on which authorization is given.

### NOTICE TO RECEIVING AGENCY/PERSON:

Under the provisions of the Illinois Mental Health and Developmental Disabilities Confidentiality Act, you may not redisclose any of the information unless the person who authorized to this disclosure specifically authorizes to such redisclosure.

Under the Federal Act of July 1, 1975, Confidentiality of Alcohol, and Drug Abuse Patient Records, no such records, nor information from such records may be further disclosed without specific authorization for such redisclosure.

HIPAA prohibits redisclosure of Protected Health Information except for continuity of care.

HIMD USE ONLY
Medical Record Number: _____    Date Sent/Initials: _____
Form: 85207 Rev. 2006

Oscar Rodriguez
P.O. Box 089002                          November 19, 2007
Chicago, IL 60608


RE:                    Rodriguez, Oscar G.

Please provide the $10.00 search fee required to process
your request.
Please make check or moneyorder payable to:
Cermak Health Services of Cook County


In response to your request for medical information on the
above referenced individual, the status of your request is
listed above.

If we can be of further assistance to you, please call
(773)869-3915 or fax at (773)869-3881, between the hours of
8:00 a.m. to 4:00 p.m. Monday thru Friday, excluding
hoildays.


Sincerely,


Cermak Health Services of Cook County
Health Information Department