**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OSCAR GABRIEL RODRIQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0264 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | George Marovich |
| COOK COUNTY JAIL, | ) | |
| SERGEANT NATHAN BOWEN, | ) | Magistrate Judge Brown |
| ERT OFFICER TORO, | ) | |
| ERT OFFICER THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants SERGEANT NATHAN BOWEN, ERT OFFICER TORO and ERT OFFICER THOMAS by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, JAMIE M. SHEEHAN, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

Assistant State's Attorney Jamie M. Sheehan was assigned this case on February 8, 2008.

Plaintiff alleges in this § 1983 suit that he was physically abused by defendants and required medical attention.

That certain documents, inclusive of plaintiff's medical records, are necessary to prepare a proper answer or other pleading to Plaintiff's allegations in his complaint. These documents have been requested and will not be received for at least 90 days.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1. That this Honorable Court grant an enlargement of time, up to and including May 5, 2008, for the Defendant to answer or otherwise plead;

2.    That this Honorable Court grant any other relief it deems just.

                                        Respectfully Submitted,

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

By:    <u>S/ Jamie M. Sheehan</u>
        Jamie M. Sheehan
        Torts/Civil Rights Litigation Section
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-6772