UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OSCAR GABRIEL RODRIQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0264 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | George Marovich |
| COOK COUNTY JAIL, | ) | |
| SERGEANT NATHAN BOWEN, | ) | Magistrate Judge Brown |
| ERT OFFICER TORO, | ) | |
| ERT OFFICER THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Oscar Gabriel Rodriguez
     # 2006-0056443
     Cook County Jail
     P.O. Box 089002
     Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on February 19, 2008 at 10:30 a.m., I shall appear before the Honorable George Marovich in the courtroom usually occupied by him in Room 1944-C of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion for Enlargement of Time.

                    RICHARD A. DEVINE
                    State's Attorney of Cook County

                    By:   S/ Jamie M. Sheehan
                         Jamie M. Sheehan
                         Torts/Civil Rights Litigation Section
                         500 Richard J. Daley Center
                         Chicago, Il 60602
                         (312) 603-6772