<u>CERTIFICATE OF SERVICE</u>

    I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above via U.S. Mail by mailing a copy with proper postage prepaid on February 8, 2008, before 5 pm.

                                                                        S/ Jamie M. Sheehan