# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: 08 C 264

OSCAR RODRIGUEZ
              Plaintiff,
       v.                                                             Judge George M. Marovich

Sgt. Bowen, Officer Toro and Officer Thomas,
              Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sgt. Bowen, Officer Toro and Officer Thomas

| |
|---|
| Name  Jamie M. Sheehan |
| SIGNATURE  s/Jamie M. Sheehan |
| FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS  500 RICHARD J. DALEY CENTER |
| CITY/STATE/ZIP  CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06257647 | (312) 603-6772 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |