UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OSCAR GABRIEL RODRIQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0264 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | George Marovich |
| COOK COUNTY JAIL, | ) | |
| SERGEANT NATHAN BOWEN, | ) | Magistrate Judge Brown |
| ERT OFFICER TORO, | ) | |
| ERT OFFICER THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants SERGEANT NATHAN BOWEN, ERT OFFICER TORO and ERT OFFICER THOMAS by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, JAMIE M. SHEEHAN, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

Plaintiff alleges in this § 1983 suit that he was physically abused by defendants and required medical attention.

That certain documents, inclusive of plaintiff's medical records, are necessary to prepare a proper answer or other pleading to Plaintiff's allegations in his complaint.

This court previously granted defendants an extension of time until May 5, 2008, to answer or otherwise plead.

That on March 4, 2008, defendants sent a request to pro se plaintiff that he sign a medical release form so that defendants could review his applicable medical records.

That as of May 2, 2008, plaintiff has not yet provided defendants with a signed release,

nor contacted them in any way.

That on April 3, 2008, plaintiff was found guilty of the charges for which he was being held.

That plaintiff's criminal case was continued until May 5, 2008 for sentencing.

That once plaintiff is sentenced he will no longer be housed at the Cook County Department of Corrections and therefore, defendants would be without a proper address for plaintiff and would thus be unable to serve him with a second request for a medical release form.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1. That this Honorable Court grant an additional enlargement of time, up to and including July 11, 2008, for the Defendant to answer or otherwise plead;

2. That this Honorable Court grant any other relief it deems just.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: <u>S/ Jamie M. Sheehan</u>
Jamie M. Sheehan
Torts/Civil Rights Litigation Section
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6772