**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OSCAR GABRIEL RODRIQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0264 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | George Marovich |
| COOK COUNTY JAIL, | ) | |
| SERGEANT NATHAN BOWEN, | ) | Magistrate Judge Brown |
| ERT OFFICER TORO, | ) | |
| ERT OFFICER THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    Oscar Gabriel Rodriguez
       # 2006-0056443
       Cook County Jail
       P.O. Box 089002
       Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on May 13, 2008 at 10:30 a.m., I shall appear before the Honorable George Marovich in the courtroom usually occupied by him in Room 1944-C of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion for Enlargement of Time.

RICHARD A. DEVINE
State's Attorney of Cook County

By:    S/ Jamie M. Sheehan
       Jamie M. Sheehan
       Torts/Civil Rights Litigation Section
       500 Richard J. Daley Center
       Chicago, Il 60602
       (312) 603-6772