CERTIFICATE OF SERVICE

    I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above by placing a copy in the US Mail before 5pm on May 5, 2008.

                                                                                                       S/ Jamie M. Sheehan