**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Oscar Gabriel Rodriguez
                      Plaintiff,

v.                                    Case No.: 1:08−cv−00264
                                            Honorable George M. Marovich

Nathan Bowen, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable George M. Marovich:Motion hearing held. Defendants' motion for enlargement of time to 7/11/2008 to answer or otherwise plead [15] is granted. Plaintiff's is ordered to comply with discovery requests by 5/29/2008. Status hearing set for 6/10/2008 at 11:00 AM.)Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.