MR Dobbins                                    5-29-08

**Change of Address**

I am writting you to inform you that I am cnow in Western Ill, Corr Ctr. Here is the address and please send me any information regarding my case.

Thank you

Oscar D, Rodriguez
Case number 08C0264

**FILED**

JUN 6 2008
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Oscar Gabriel Rodriguez
B64756
2500 Route 99 South
MT Sterling Il, 62353

Can you please send me two 1983 forms

Thank you!