# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 264 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Oscar Gabriel Rodriguez vs. Nathan Bowen, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff has failed to comply with discovery requests. This case is dismissed for want of prosecution.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|